United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ARIES BUILDING SYSTEMS, LLC,**   *Plaintiff*, | §§§ |
| vs. | §§§ CIVIL ACTION NO. 4:19−cv−03307 |
| **VANGUARD UNIVERSITY OF SOUTHERN CALIFORNIA,**   *Defendant*. | §§§§ |

## ORDER

On March 23, 2023, Plaintiff Aries Building Systems, LLC and Defendant Vanguard University of Southern California filed a motion to dismiss all claims currently pending in the above-captioned lawsuit. Having considered Plaintiff and Defendant's motion, the Court hereby ORDERS that all claims asserted by Plaintiff and Defendant in the above-captioned lawsuit are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

SIGNED this 23rd day of March, 2023.



ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE